UNITED STATES of America,
Plaintiff—Appellee,

v.

Kevin Lee DAVIS, aka Slow and
Yellow Dude, Defendant—
Appellant.

No. 07–17194.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 12, 2011.*

Filed Jan. 14, 2011.

Alicia Wiltz Fenrick, Esq., USO–Office of the U.S. Attorney, Oakland, CA, for Plaintiff–Appellee.

Kevin Lee Davis, USPV–U.S. Penitentiary, Adelanto, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, NOONAN and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Davis's case was not yet final on direct appeal when the Supreme Court decided *Crawford v. Washington*, 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004). *See Caspari v. Bohlen*, 510 U.S. 383, 390, 114 S.Ct. 948, 127 L.Ed.2d 236 (1994) ("[A] conviction and sentence become final for purposes of retroactivity analysis when ... a timely filed petition [for writ of certiorari] has been finally denied."). Under *Crawford*, the admission of Medina's statement violated Davis's Confrontation Clause rights—a point the government now concedes. *See Crawford*, 541 U.S. at 68, 124 S.Ct. 1354. We therefore remand for the district court to determine if the error was prejudicial.

**REVERSED AND REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

